JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Marine Khachatrayan,

    Plaintiff

    v.

Jeh Johnson, Secretary,
U.S. Department of Homeland Security;
Alejandro Mayorkas, Director, United
States Citizenship and Immigration
Services; Ann Chau, Acting District
Director, Western District, United States
Citizenship and Immigration Services, and
Corinna Luna, Field Office Director, Los
Angeles Field Office, USCIS

    Defendants

Case No. CV 14-04483-GHK

ORDER OF DISMISSAL

This matter came before the Court on the Voluntary Dismissal by Stipulation by the Parties.

Wherefore it is the order of the Court that Plaintiff's action is dismissed without prejudice, with each party to pay her or her own costs.

Dated this 12 day of November 2014.

By The Court

_____
United States District Judge